RAYMOND SEBRING, Respondent, v. JOSEPH FIGLOW, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THOMAS W. KNIGHT, Appellant, v. FLORENCE E. KNIGHT, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment denies plaintiff's application for an annulment and dismisses the complaint.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATIONAL ACCESSORIES STORES, INC., Respondent, v. BOYD E. GOLDER and Others, as Assessors of the City of Utica, County of Oneida and State of New York, and Another, Appellants. — Final order affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal on the law and for granting a new trial on the ground that it was error to exclude evidence of profits derived by the respondent arising from a business conducted by him on the premises. The evidence was competent on the value of the use and enjoyment of the premises. (*People ex rel. Powers* v. *Kalbfleisch*, 25 App. Div. 432, 436; affd., 156 N. Y. 678.) (The final order reduces an assessment on property in the city of Utica.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JAMES VANGELLOW and SPIROS VANGELLOW, Doing Business under the Assumed Name of GENERAL STORE FIXTURES COMPANY, Respondents, v. STEVE RUTYNA, Appellant.— Judgment and order affirmed, with costs. All concur, except Harris, J., who dissents and votes for reversal and for dismissal of the complaint on the ground that the articles offered for sale at the time of the sale were not all at the place where the notice said they would be sold and the notice gave no location of any of the articles different from that of the place of sale as noticed. (Pers. Prop. Law, § 79 and following sections; *Shimer* v. *Mosher*, 39 Hun, 153; *Strickland* v. *Hare & Chase, Inc.*, 217 App. Div. 196; *Manhattan Taxi Service Corp.* v. *Checker Cab Mfg. Corp.*, 226 id. 624; modfd., 253 N. Y. 455.) (The judgment affirms a judgment of the Rochester City Court in favor of plaintiff in an action for deficiency in conditional contract foreclosure. The order is the order of affirmance.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CHARLES H. WALES, Appellant, v. RUDOLPH ALFRED RIPPERGER, Respondent. — Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. All concur, except McCurn, J., who dissents and votes for granting the motion for leave to appeal to the Court of Appeals. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, for an Order against DOLOMITE PRODUCTS Co., INC. (DOLOMITE PRODUCTS CORP.), Appellant.— Motion for a stay denied. Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.